UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD GERLACH | : | NO.: 3:09-cv-1950 (PCD) |
| | : | |
| v. | : | |
| | : | |
| JIM JOHNSON, PHILIP CURRAN, DAVID ST. HILLAIRE, MARK BOUGHTON, PAUL OMASTA, CHARLES SLAGEL, BOARD OF DIRECTORS OF THE 1967 FIREFIGHTERS PENSION FUND OF DANBURY | : : : : : : | JANUARY 20, 2012 |

## MOTION FOR PERMISSION TO FILE AN OVERLONG BRIEF

The Defendants, the **CITY OF DANBURY** and the **BOARD OF DIRECTORS OF THE 1967 FIREFIGHTERS PENSION FUND OF DANBURY**, hereby respectfully request to file a brief in reply to the Plaintiff, **RICHARD GERLACH, JR.'s**, opposition to their motion for summary judgment in excess of ten (10) page. The Defendants seek permission to file a brief not more than twenty (20) pages.

The Plaintiff's original opposition was in excess of 100 pages. While he later amended it to 40 pages are required by the Federal Rules of Evidence, he left extensive arguments in his Local Rule 56(a)2 responses. The Defendants require additional pages so that they may not only properly address the arguments raised in the opposition, but also the multitude of arguments raised in the Plaintiff's Local Rule 56(a)2 statement.

WHEREFORE, the Defendants respectfully request that they be permitted to file a reply brief that is no more than twenty (20) pages in length.

ORAL ARGUMENT NOT REQUESTED

DEFENDANTS,
CITY OF DANBURY AND
BOARD OF DIRECTORS OF THE 1967
FIREFIGHTERS PENSION FUND OF
DANBURY


By  /s/ Johanna G. Zelman
   Johanna G. Zelman (ct26966)
   Rose Kallor, LLP
   750 Main Street, Suite 606
   Hartford, CT  06103
   (860) 748-4660
   (860) 241-1547 (Fax)
   E-Mail:  jzelman@rosekallor.com

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 20th day of January, 2012.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Elisabeth Seieroe Maurer, Esq.
Maurer & Associates, PC
871 Ethan Allen Highway
Ridgefield, CT  06877

                  /s/ Johanna G. Zelman
                  Johanna G. Zelman